## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Andrew Scott Wallace** | * | |
| vs. | * | Case No. 8:13-cv-00101-DKC |
| **Jeffrey Thomas Trost, et al.** | * | |

\*\*\*

### DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ] I certify, as party/counsel in this case that  Defendant William Vollmar, II

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ] The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

(names of entities with possible financial interests)

_January 11, 2013_
Date

Jan I. Berlage 23937
Tara K. Clarke 29793
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-9300